**JUDGE KEENAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      -v.-                        :      INDICTMENT

LOVELACE ADUSEI KONTOH,           :      **08 CRIM 725**
 a/k/a "Kofi,"
                                   :

        Defendant.
                                   :
- - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

1. From in or about June 2008, up to and including August 2008, in the Southern District of New York and elsewhere, LOVELACE ADUSEI KONTOH, a/k/a "Kofi," the defendant, having been released from custody under bail conditions while awaiting sentence for an offense punishable by imprisonment for a term of five years or more, unlawfully, willfully, and knowingly, did fail to appear before a court as required by the conditions of his release, to wit, KONTOH, having been released on bail after pleading guilty to (i) Indictment S2 03 Cr. 206 (LBS), charging him with one count of conspiracy to file false claims against the Internal Revenue Service of the United States Department of Treasury ("IRS"), in violation of Title 18, United States Code, Section 286; one count of conspiracy and attempt to unlawfully transfer and use identification documents, in violation of Title 18, United States Code, Section 1028(f); and two counts of unlawfully transferring

and using the Social Security numbers of other individuals for the purpose of filing fraudulent tax returns with the IRS, in violation of Title 18, United States Code, Sections 1028(a)(7) and 2; and (ii) Information 04 Cr. 277 (DC), charging him with immigration fraud, in violation of Title 18, United States Code, Sections 1546(a) and 2; and making false statements to government agents, in violation of Title 18, United States Code, Section 1001(a), failed to report to the Pre-Trial Services Office, in violation of his bail conditions, beginning in or about June 2008, and failed to appear for his sentencing proceeding on July 31, 2008, as required by the conditions of his release.

(Title 18, United States Code, Section 3146(a)(1) and (b)(1)(A)(ii).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

8/5/08 Indictment filed
A/w issued Case assigned to
J, Keenan ... Ellis, J

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LOVELACE ADUSEI KONTOH, a/k/a "Kofi,"

Defendant.

INDICTMENT

08 Cr.

(Title 18, United States Code,
Sections 3146(a)(1) and (b)(1)(A)(ii)).

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.